Jerry D. Alexander

1497 Estill St.

Memphis, TN 38109

Plaintiff, Pro Se



February 25, 2026

Clerk of Court

U.S. District Court for the Western District of New York

100 State Street

Rochester, NY 14614

Re: Alexander v. Corning Inc., Case No. 6:25-cv-6516

   Missing Docket Entry for Motion Filed on February 10, 2026

Dear Clerk of Court:

I am writing to notify the Court that I mailed a "Motion for Leave to File an Amended Complaint," along with my proposed amended complaint and cover letter, on February 10, 2026. These documents were sent to the Court by certified mail. A copy of the certified mail receipt is enclosed for reference.

Opposing counsel has informed me that the motion does not appear on the docket, and they have submitted copies of the documents in their answering memorandum. I respectfully request that the Court docket my original filing date of February 10, 2026, for the motion and accompanying documents.

Please let me know if the Court requires another copy of the filing or any additional information.

Thank you for your attention to this matter.

Respectfully,

Jerry D. Alexander

Plaintiff, Pro Se

CC: Matthew J. Moffa, Counsel for Defendant

    Gene W. Lee, Counsel for Defendant

**SENDER:** COMPLETE THIS SECTION

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Kenneth B. Keating
Federal Building
Clerk office
100 state Street
Rochester, New York 14614

9590 9402 5844 0038 8471 88

2. Article Number (Transfer from service label)

9311 1139 5846 6041 6131 00

PS Form 3811, July 2015 PSN 7530-02-000-9053

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X ☑ Agent
☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
USPS    2-12-26

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt





This package is made from post-consumer waste. **Please recycle – again.**

PRESS FIRMLY TO SEAL

PRESS FIRMLY TO SEAL

# MAIL EXPRESS®

## FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup,
scan the QR code.

USPS.COM/PICKUP

ROCHESTER
FEB 26 2026
USDC-WDNY

ROCHESTER
USDC-WDNY
6

October 2023
1/2 x 9 1/2

PEEL FROM THIS CORNER

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 insurance included.

ZIP+4® (U.S. ADDRESSES ONLY)

**UNITED STATES POSTAL SERVICE®**  |  **PRIORITY MAIL EXPRESS®**

CUSTOMER USE ONLY

FROM: (PLEASE PRINT)    PHONE ( )

Jerry Alexander
1497 Estill St.
Memphis, TN 38109

DELIVERY OPTIONS (Customer Use Only)

☐ SIGNATURE REQUIRED Note: The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.

☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available)*
*Refer to USPS.com® or local Post Office™ for availability.

TO: (PLEASE PRINT)    PHONE ( )

Kenneth B. Keating
Federal Building
Clerk office
100 state Street
Rochester, New York 14614

9571 1139 5846 6056 6456 63

USPS SIGNATURE® TRACKING #

SHIP
TO:

KENNETH B KEATING
FEDERAL BLDG CLERK OFFICE
100 STATE ST
ROCHESTER NY 14614-1350

C002

**UNITED STATES POSTAL SERVICE®**

PRIORITY MAIL EXPRESS
FLAT RATE ENVELOPE
POSTAGE REQUIRED

Retail

**E**    **PRIORITY MAIL EXPRESS®**

US POSTAGE PAID
$37.65

Origin: 38101
02/25/26
4795190951-20

SIGNATURE REQUIRED
RETURN RECEIPT REQUESTED

SCHEDULED DELIVERY DAY: 02/26/26  06:00 PM

JERRY ALEXANDER
1497 ESTILL ST
MEMPHIS TN 38108-1519

0 Lb 2.20 Oz

RDC 07

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail Express® shipments. Misuses may be a violation of federal law. This package is not for resale. EP13F © U.S. Postal Service; October 2023; All rights reserved.

FSC
MIX
Board
FSC® C116916

PAPER POUCH
how2recycle.info

PAPER POUCH
how2recycle.info